IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT HEER**                                                                 PLAINTIFF

v.                              No. 4:22-cv-19-DPM

**KILOLO KIJAKAZI**, Acting Commissioner,
**Social Security Administration**                                     DEFENDANT

### ORDER

The Government hasn't objected to Heer's motion for an award of fees under 28 U.S.C. § 2412(d). The hours and fees are reasonable. The unopposed motion, *Doc. 20*, is therefore granted. The Court awards $5,458.95 — reasonable attorney's fee of $5,436.60 and $22.35 in expenses — payable directly to Heer. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Heer's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 January 2023